# Exhibit 1

# ROGERS JOSEPH O'DONNELL

Lisa N. Himes
202.777.8953 (d)
lhimes@rjo.com

202.777.8950 (t)
202.347.8429 (f)

Bowen Building
875 15th Street, NW, Suite 725
Washington DC  20005

415.956.2828 (t)
415.956.6457 (f)
www.rjo.com

Robert Dollar Building
311 California Street, 10th Flr.
San Francisco CA  94104

June 26, 2018

**VIA FACSIMILE AND FIRST CLASS MAIL**

Federal Bureau of Investigation
Attn: FOI/PA Request
Record/Information Dissemination Section
170 Marcel Drive
Winchester, VA 22602-4843
Fax: (540) 868-4391/4997

      Re:    **Freedom of Information Act Request**

To Whom It May Concern:

      On behalf of client, Tim Blixseth, Rogers Joseph O'Donnell, PC makes this request for the records described below pursuant to the Freedom of Information Act, 5 U.S.C. § 552.

      We request that you adhere to the time limitations set forth in 5 U.S.C. § 552(a)(6)(A). We also ask that you forward information related to any individual request without waiting until all records are located (i.e., please provide records on a rolling basis). If you determine that a record contains material exempt from disclosure, please review it for possible discretionary disclosure. In addition, we request that you produce any and all segregable portions of the record in question. Please notify me when responsive records are either furnished or specifically identified and denied for release. If no records exist for any request, please provide written confirmation of same.

      We further request that, pursuant to 5 U.S.C. § 552(a)(3)(B), your agency produce responsive documents in the native electronic format in which the document was created. To the extent that your agency is unable to produce the responsive documents in the requested format, we request that your agency confirm that the record does not exist in native format and produce the documents in the following format, listed in accordance with our preference: 1) PDF format; or 2) paper copy. While the burden is on the government to produce all documents within the required time period, we are willing to discuss and agree upon the means and sequence of production to facilitate government compliance with the law.

      To the extent that you determine that any subject document will not be disclosed because it meets any of the criteria in the FOIA for nondisclosure, you are requested to identify such documents in accordance with the requirements of *Vaughn v. Rosen*, 523 F.2d 1136 (D.C. Cir. 1975). To the extent that you determine that any subject document will not be disclosed because it is classified in accordance with document classification procedures of your Department,

ROGERS JOSEPH O'DONNELL   ROGERS JOSEPH O'DONNELL          www.rjo.com

Federal Bureau of Investigation
June 26, 2018
Page 2

request is hereby made that such document be declassified or redacted sufficiently to enable useful review and inclusion of its identifying characteristics under *Vaughn v. Rosen.*

### REQUESTED DOCUMENTS

Please provide the following records[1] to the undersigned:

1. All records from the period of January 1, 2009 through December 31, 2012, referencing:

   a. Michael Misick
   b. Turks & Caicos
   c. BGI
   d. TCI
   e. Tim Blixseth
   f. Blixseth
   g. Blixseth Group, Inc.
   h. Edra Blixseth

2. All emails from any and all of Denise Day's (Florida office) email accounts, from the period of January 1, 2009 through December 31, 2012, referencing:

   a. Michael Misick
   b. Turks & Caicos
   c. BGI
   d. TCI
   e. Tim Blixseth
   f. Blixseth
   g. Blixseth Group, Inc.
   h. Edra Blixseth

3. All emails from any and all of Special Agent Greg Rice's (Montana office) email accounts, from the period of January 1, 2009 through December 31, 2012, referencing:

   a. Michael Misick
   b. Turks & Caicos
   c. BGI

---

[1] An "agency record" includes "the products of data compilation, such as all books, papers, maps, photographs, and machine readable materials, inclusive of those in electronic form or format, or other documentary materials, regardless of physical form or characteristics, made or received by an agency of the United States Government under Federal law in connection with the transaction of public business and in DA possession and control at the time the FOIA request is made." 32 CFR § 518.7(b).

ROGERS JOSEPH O'DONNELL  ROGERS JOSEPH O'DONNELL    www.rjo.com

Federal Bureau of Investigation
June 26, 2018
Page 3

      d. TCI
      e. Tim Blixseth
      f. Blixseth
      g. Blixseth Group, Inc.
      h. Edra Blixseth

    We are willing and able to pay all reasonable and applicable fees in connection with this request as required under statute and regulation. We request prior notice only if you determine that such costs will exceed $1,000. Please feel free to contact me by phone (202-777-8953) or by email (lhimes@rjo.com) if you have any questions about this request or need further information.

                                      Best regards,

                                      Lisa N. Himes

A Professional Law Corporation